UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN MAYDOLE, et al., | No. CV-04-330-FVS |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| US BANCORP, | |
| Defendant. | |

**THIS MATTER** having come before the Court based upon the parties "Stipulation for Dismissal of Action"; Now, therefore

**IT IS HEREBY ORDERED:**

The above-entitled action is dismissed with prejudice. Any pending motions are denied as moot.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel and close this file.

**DATED** this ___22nd___ day of August, 2005.

                                              s/ Fred Van Sickle
                                              Fred Van Sickle
                                United States District Judge

ORDER OF DISMISSAL - 1